**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICHARD TILELLI,

    Plaintiff,

v.                                                                Civil Case No.:  3:23-cv-00156

FREEDOM MORTGAGE
CORPORATION,

    Defendant.
_____/

## **NOTICE SETTLEMENT**

PLEASE TAKE NOTICE, that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. The parties respectfully request that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal With Prejudice herein.

        Respectfully submitted,

        **HOLLAND & KNIGHT LLP**

        */s/ R. Carter Burgess*
        R. Carter Burgess, Esq.
        Florida Bar No. 58298
        50 North Laura Street, Suite 3900
        Jacksonville, FL 32202
        Telephone:  (904) 353-2000
        Facsimile:  (904) 358-1872
        carter.burgess@hklaw.com

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 9th day of March, 2023, causing a copy to be served on counsel for all parties of record.

                                            /s/ Carter Burgess
                                            Carter Burgess