UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD TILELLI,
    Plaintiff,

v.                                      Case No. 3:23-cv-156-HES-PDB

FREEDOM MORTGAGE
CORPORATION,
    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the "Notice Settlement" (Dkt. 9) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of March 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew David Bavaro, Esq.
Robert C. Burgess, Esq.