UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RICHARD TILELLI,**
    **Plaintiff,**

v.                                                                                  Case No. 3:23-cv-156-HES-PDB

**FREEDOM MORTGAGE
CORPORATION,**
    **Defendant.**
_____/

## ORDER

This matter is before this Court on the "Joint Stipulation for Dismissal with Prejudice" (Dkt. 11).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Dismissal with Prejudice" (Dkt. 11) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear its own fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this _____ day of April 2023.

                                          HARVEY E. SCHLESINGER
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Matthew David Bavaro, Esq.
Robert C. Burgess, Esq.